IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES D. FRAPPIER,

                Plaintiff,                ORDER

    v.                                          09-cv-0445-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

---

This is a civil action brought by plaintiff James Frappier to challenge a decision by the Commissioner of Social Security. On July 16, 2009, this court entered an order granting plaintiff's application for leave to proceed *in forma pauperis* and instructing plaintiff how to serve his summons and complaint on defendant. After it appeared that plaintiff had not accomplished service, on November 2, 2009, the court entered an order directing plaintiff to serve his complaint by November 13, 2009.

Plaintiff has now filed what appears to be a request for more time to serve his complaint. Although plaintiff has not explained why he has been unable to serve his complaint in the past four months, he wrote "more medical" on his motion for an extension. This suggests that plaintiff may not understand what he must do to file his complaint.

Accordingly, plaintiff's deadline for serving his complaint will be stayed temporarily until this court has an opportunity to find out from plaintiff what he has been doing in the past four months and why he has not yet served his complaint. A telephonic conference is scheduled for Wednesday, November 25, 2009 at 9 a.m. before Magistrate Judge Stephen Crocker. Plaintiff is responsible for calling the court at (608) 264-5153. Once plaintiff's call has been received, the court will then include counsel for defendant in the conference call.

ORDER

IT IS ORDERED THAT:

1. The court's order entered November 2, 2009 is VACATED.

2. Plaintiff's deadline for serving his complaint is STAYED.

3. A telephonic conference is scheduled for Wednesday, November 25, 2009 at 9 a.m. before Magistrate Judge Stephen Crocker. Plaintiff is responsible for contacting the court at (608) 264-5153. Once plaintiff's call has been received, the court will then include counsel for defendant in the conference call.

Entered this 17th day of November, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge