IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES D. FRAPPIER,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-445-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant dismissing the complaint as untimely.

_____      5/6/10
Peter Oppeneer, Clerk of Court          Date